Submitted January 30, affirmed February 20, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN ANTHONY KAMPERT, II,
*Defendant-Appellant.*

Clackamas County Circuit Court
18CR30869; A168563

457 P3d 1119

Kathie F. Steele, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Shannon T. Reel, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Henderson*, 366 Or 1, 455 P3d 503 (2019).